UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ARANTZA ESPINOZA,   CASE NO. 1:24-cv-21886-CMA

    Plaintiff,

vs.

TAPESTRY, INC., a Foreign Profit Corporation
D/B/A COACH

    Defendant,
_____/

## NOTICE OF SETTLEMENT

Plaintiff, ARANTZA ESPINOZA by and through his undersigned counsel, hereby gives the Court notice that Plaintiff, ARANTZA ESPINOZA and Defendant, TAPESTRY, INC. D/B/A COACH have reached a settlement in this matter. The parties are finalizing the settlement documents and will file a Notice of Dismissal. As such. parties request that this honorable Court allow 60 days to finalize all documents before dismissing the case.

    Respectfully Submitted,

    MENDEZ LAW OFFICES, PLLC
    Attorney for Plaintiff
    P.O. BOX 228630
    Miami, Florida 33172
    Telephone: 305.264.9090
    Facsimile:  305.809.8474
    Email:info@mendezlawoffices.com
    By: /s/ Diego German Mendez
    DIEGO GERMAN MENDEZ, ESQ.
    FL BAR NO.: 52748

###