UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ARANTZA ESPINOZA,   CASE NO. 1:24-cv-21886-CMA

    Plaintiff,

vs.

TAPESTRY, INC.
a Foreign Profit Corporation
D/B/A COACH
    Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff, ARANTZA ESPINOZA, through undersigned attorney Diego G. Mendez, pursuant to the Federal Rules Civil Procedure files this Notice of Voluntary Dismissal with Prejudice against TAPESTRY, INC., a Foreign Profit Corporation D/B/A COACH.

Submitted by:

Mendez Law Offices, PLLC
Attorneys for Plaintiff
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 305.809.8474
Email:info@mendezlawoffices.com
By:              /s/
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

###